AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)  ☐ Original  ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Central District of California

**LODGED**
CLERK, U.S. DISTRICT COURT
10/6/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ____jb____ DEPUTY

**FILED**
CLERK, U.S. DISTRICT COURT
October 6, 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ____IM____ DEPUTY

UNITED STATES OF AMERICA,

    Plaintiff

    v.

SALVADOR LANDEROS,

    Defendant.

Case No.    2:20-mj-04821-Duty

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of May 21, 2018 in the county of Los Angeles in the Central District of California, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1073 | Unlawful Flight to Avoid Prosecution |

This criminal complaint is based on these facts:

  *Please see attached affidavit.*

☒ Continued on the attached sheet.

                                  */s/ Dustin B. Drace*
                                  *Complainant's signature*

                                  Dustin B. Drace, Special Agent, FBI
                                  *Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:    **October 6, 2020**

                                  *Patricia Donahue*
                                  *Judge's signature*

City and state:   Los Angeles, California           Hon. Patricia Donahue, U.S. Magistrate Judge
                                                                            *Printed name and title*

**AFFIDAVIT**

I, Dustin B. Drace, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant for defendant SALVADOR LANDEROS ("LANDEROS") for Unlawful Flight to Avoid Prosecution, in violation of Title 18, United States Code, Section 1073.

2. The information contained herein is based on my participation in this investigation and my training and experience, as well as my conversations with other law enforcement officers and my review of various law enforcement documents. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## II. BACKGROUND OF AGENT DUSTIN B. DRACE

3. I am a Special Agent with the Federal Bureau of Investigation ("FBI") assigned to the Los Angeles Field Office and have been so employed for over two and a half years. Prior to being assigned to the Los Angeles Field Office, I received approximately 21 weeks of full time, formalized education, training, and experience at the FBI Agent Training Academy in Quantico, Virginia. This training included conducting fugitive investigations, drug identification, detection, interdiction,

1

and money laundering techniques. I have also received on-the-job training from Special Agents who have significant investigative experience and are recognized experts in their respective fields of investigation. I have been a member of the FBI Joint Terrorism Task Force for approximately two years. In that capacity, I investigate National Security matters, International Terrorism, and Domestic Terrorism.

4. I have assisted with fugitive investigations with the joint FBI/Los Angeles Police Department Fugitive Task Force for approximately two years. In that capacity, I have participated in numerous fugitive investigations and have personally participated in approximately a dozen fugitive arrests.

5. Based upon my experience and training with the FBI as well as conversations that I have had with other, more experienced agents and law enforcement officers who specialize in fugitive investigations, I am familiar with the methods utilized by fugitives to avoid detection and capture by law enforcement. I have also spoken with agents, as well as other law enforcement officers, about their experiences and the results of their investigations and interviews. Through my conversations with these agents and other law enforcement officers, coupled with my investigation of National Security subjects attempting to evade detection by law enforcement, I am knowledgeable in the methods and modes of fugitives to include the techniques, tactics, and procedures they employ to avoid arrest.

### III. SUMMARY OF PROBABLE CAUSE

6. On or about May 14, 2018, SALVADOR LANDEROS ("LANDEROS") stabbed a person to death in Cudahy, California. LANDEROS was later charged with murder.

7. Following the stabbing, social media posts from known associates, along with the records from the cellphone of LANDEROS's mother, indicate that he fled to Mexico on May 21, 2018 to escape prosecution. Law enforcement currently believes he is residing in the Guadalajara, Mexico area.

### IV. STATEMENT OF PROBABLE CAUSE

8. Based on my review of Los Angeles County Sheriff's Department ("LASD") reports, conversations with law enforcement, and my own investigation, I am aware of the following:

#### A. LANDEROS Murders Victim G.G.

9. On or about May 14, 2018 at approximately 8:38 p.m., LANDEROS stabbed victim G.G. to death following a confrontation in front of Jay Jay Smoke & Gift Shop, located at 7705 Atlantic Avenue, Cudahy, California. LASD believes that LANDEROS stabbed victim G.G. because victim G.G. was a member of a rival "tagging" crew. Following the stabbing, LANDEROS fled the scene on a skateboard.

10. On May 23, 2018, LANDEROS was charged with murder, in violation of California Penal Code Section 187, in the Superior Court of the State of California, County of Los Angeles, and a warrant was issued for his arrest (warrant number LAMVA14778201).

> **B.  Social Media and Cell Records Show LANDEROS Flees to Mexico**

11. Following the stabbing, records obtained pursuant to a state search warrant for LANDEROS's Instagram account revealed a group chat between LANDEROS and other gang associates where they discussed his flight to Mexico on approximately May 21, 2018.

12. For example, on or about 9:00 p.m. on May 20, 2018, Instagram user me_la_chupas_puto wrote, "Boozer on his way to Mexico everybody wish him luck tht he makes it there good."  Law enforcement is aware that LANDEROS is known by the gang moniker of Boozer.

13. Additionally, on May 21, 2018, the Instagram group chat contained the following messages related to LANDEROS:

> **me_la_chupas_puto**: "Ay boozer took off already wish em luck"
>
> **marioqq.758:** "where"
>
> **marioqq.758:** "Gone?"
>
> **me_la_chupas_puto**: "Guadlahara"

14. Based on my training and experience, I believe me_la_chupas_puto's reference to "Guadlahara" is a reference to Guadalajara, Mexico and that the user was indicating that LANDEROS had fled to Guadalajara, Mexico.

15. Later, on the same date in the same conversation, me_la_chupas_puto stated, "Boozer mom and duxe dad took em they jst took off."  "Duxe" is the known moniker of Carlos Ceballos ("Ceballos"), a close acquaintance of LANDEROS.  The father of Ceballos is believed to be Martin Rivera ("Rivera").  As a

result, based on this conversation, I believe the user was indicating that LANDEROS's mother, Ceballos, and Rivera helped transport LANDEROS to Mexico.

16.  LASD obtained historical call detail records with cell-site information for a cellular telephone number subscribed to and believed to be used by LANDEROS's mother, Maria Elizabeth Hernandez Landeros ("M. Landeros").  A review of the records revealed calls and text messages occurring near the United States-Mexico border on or about 7:13 a.m. on May 21, 2018 at approximately the same time it is believed that associates of LANDEROS were indicating that LANDEROS had fled with his mother, Ceballos, and Rivera.

17.  On or about May 26, 2018, M. Landeros returned to the United States from Tijuana via the San Ysidro pedestrian bridge near San Diego, California.

18.  It is my belief based on the group conversation on Instagram among known LANDEROS associates, the proximity of a cellphone subscribed to and used by M. Landeros near the United States-Mexico border on the date the associates indicated LANDEROS fled, and the timing of the crossing from Mexico into the United States, that M. Landeros accompanied her son, LANDEROS, into Mexico on or about May 21, 2018 during his flight from law enforcement.

    **C.**    **LASD Executes a Search Warrant at the Home of LANDEROS's Mother and Finds Evidence of Him Living in Mexico**

19.  On June 5, 2018, LASD executed a search warrant at M. Landeros's home.

20.  On or about June 5, 2018, Instagram user you_slippin_putos, which is known to be Ceballos's social media account, advised other LANDEROS associates in the Instagram group chat that he had learned from M. Landeros that the LASD executed a search warrant at her home.  Ceballos stated that M. Landeros advised him that the LASD detectives executing the search warrant discovered a hand-written letter from LANDEROS to his associates following his flight from law enforcement.

21.  Ceballos then shared a photo of the letter in the Instagram group chat.  In the letter, LANDEROS advised that he already met most of his family and he was looking for a job.  He further advised that his family had a lot of land and two houses that he was previously unaware of.  The letter appeared to be signed by "Boozer," and contained the initials "RLV," the initials of the LANDEROS and his associates' "tagging" crew.

22.  Based on the letter, I believe LANDEROS was attempting to inform his associates that he had successfully made it to Mexico, where he was living with his extended family and looking for work.

    **D.  Immigration Documents Reveal LANDEROS Has Extended Family in the Guadalajara Area**

23.  Law enforcement subsequently conducted a review of the immigration files for LANDEROS's parents:  his father, Jose Elias Landeros-Rodriguez ("J. Landeros"), and his mother, M. Landeros.  The files revealed that both J. Landeros and M. Landeros last resided in Mexico in 1994 with their respective families in the area of Santa Cruz de la Loma, Mexico, which is

6

located approximately ten miles southwest of Guadalajara, Mexico.

24.   Based on the foregoing, I believe that LANDEROS fled to the area of Santa Cruz de la Loma near Guadalajara, Mexico where his extended family continues to reside.

## CONCLUSION

25.   For all the reasons described above, there is probable cause to believe that LANDEROS has violated Title 18, United States Code, Section 1073 (Unlawful Flight to Avoid Prosecution).

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this 6th day of
October, 2020.

*Patricia Donahue*
HONORABLE PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE